Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JASON HINDMAN,<br><br>Defendant. | NO. CR10-5269RSM<br><br>ORDER SETTING GOVERNMENT'S RESPONSE DATE |

The Court, having reviewed the Motion of the United States to Set the Response Date hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED and the Government's Response is due May 1, 2025.

DATED this  25th day of March, 2025.

[signature]

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Marci L. Ellsworth*
MARCI L. ELLSWORTH
Assistant United States Attorney

Order to Set Response Deadline- 1
*United States v. Jason Hindman/ CR10-5269*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970