The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON HINDMAN, <br><br> Defendant. | NO. CR10-5269RSM <br><br><br> ORDER GRANTING UNITED STATES' MOTION TO FILE OVER-LENGTH BRIEF IN EXCESS OF 4,200 WORDS |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of 4,200 words, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Opposition to Coram Nobis Petition that does not exceed 5,020 words and 15 pages.

DATED this 16th day of April, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

*s/ Marci L. Ellsworth*
MARCI L. ELLSWORTH
Assistant United States Attorney

Order Permitting Over-Length Brief - 1
*United States v. Jason Hindman*/CR10-5269RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970